GEORGE C. LE ROUX, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 31007.)

R. BERNADINE LE ROUX, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 31008.)

Submitted March 8, 1954; decided March 11, 1954.

*John J. Young* for motions to amend notice of appeal and in opposition to motions to dismiss appeal.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley* of counsel), in opposition to motions to amend notice of appeal and for motions to dismiss appeal.

Motions to amend notices of appeal granted. Cross motions to dismiss appeals granted and appeals dismissed, with costs and $10 costs of motion, unless within twenty days appellants serve and file all required papers and pay $10 costs, in which events cross motions denied and cases set down for argument during the April, 1954, session of the Court of Appeals.